KAREN P. HEWITT
United States Attorney
JOSEPH S. SMITH, JR.
Assistant United States Attorney
California Bar No. 200108
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5669

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08 MJ 2665 |
| Plaintiff, | MOTION AND ORDER TO SEAL |
| v. | |
| JUAN HURTADO TAPIA, | |
| aka Corrupto, | |
| Defendant. | |

The United States of America moves to seal the complaint and attached statement of facts, arrest warrant, and this motion and order in the above-entitled matter, until further court order. These documents disclose an ongoing investigation. Premature disclosure in the public record could cause targets to flee, endanger agents, and cause the destruction of evidence.

DATED: August 28, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

JOSEPH S. SMITH, JR.
Assistant U.S. Attorney

SO ORDERED.

DATED: August 28, 2008

UNITED STATES MAGISTRATE JUDGE