## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __Juan Hurtado Tapia__                    No. __08MJ2665__

HON. __Leo S. Papas__                    Tape No. __LSP08-1; 15:18-15:30__

Asst. U.S. Attorney __Joe Smith__                    PTSO _____

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | FD Erick Guzman- SA | ___ Apt | ___ Ret | for _____ | (1) | (Cust) |
|  | Richard Boesen -N/A | X Apt | ___ Ret | for _____ | (1) | (Cust) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:         ___ In Chambers    X In Court    ___ By Telephone

DOA: 9/2/08
F/A: 9/3/08
BKG: #10801298 (ENG)


Governments oral motion to unseal complaint - Granted.

Case reassign: Honorable Leo S. Papas.

Defendant informed of charges. Court appointed attorney Richard Boesen N/A, as counsel. Financial affidavit due 9/16/08. Preliminary Hearing set for 9/16/08 @ 9:30am before Magistrate Judge Leo S. Papas. Bond set at $70,000 P/S + conditions imposed by the court. .

Date __9/3/08__                                        IF __[signature]__ .
                                                                Deputy's Initials